UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THOMAS TREVIS,

Plaintiff,

v.

RALPH J. OVERHOLT,

Defendant.

CIVIL NO. 00-975 (RHK/JMM)

ORDER

IT IS HEREBY ORDERED that the Pretrial and Settlement Conference scheduled for July 24, 2000 at 2:30 p.m. before the undersigned is canceled.

Dated: July 18, 2000

JOHN M. MASON
United States Magistrate Judge

FILED JUL 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK