CV 00-975 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls as of January 1, 2001.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: September 1, 2000

FILED SEP 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

| | | |
|---|---|---|
| 1. | Robin M. Steppe | Jonathan Steinberg<br>612-344-1560 |
| | vs CV 99-2020 RHK/JMM<br>JURY | |
| | Tool Products Company<br>etc. | Susan Robiner<br>612-335-1500 |
| 2. | Shane Peterson | Stephen Watters<br>Robert Jaskowiak<br>612-340-7951 |
| | vs CV 99-1233 RHK/JMM<br>JURY | |
| | Burlington Northern and Santa Fe<br>Railway Company | Julius Gernes<br>651-223-8000 |
| 3. | Jeff Bertram | John Klassen<br>612-204-4533 |
| | Vs CV 99-1816 RHK/JMM<br>COURT | |
| | City of Cambridge<br>etal | Patricia Beety<br>651-281-1200 |

| | | |
|---|---|---|
| 4. | Thomas Trevis | Thomas Lyons Jr.<br>651-770-9707<br><br>Peter Barry<br>651-714-8800 |
| | vs CV 00-975 RHK/JMM<br>COURT | |
| | Ralph J. Overholt | Timothy Thornton<br>Kristin Sankovitz<br>612-334-8400 |