CV 00-975
RHK/JMM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR JANUARY, 2001 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning January 2, 2001. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED BY** December 14, 2000 (filing shall be in St. Paul):

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Any Motions in Limine (with supporting briefs); responsive briefs to Motions in Limine shall be served and filed (in St. Paul) by December 21, 2000; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony, shall be served and filed (in St. Paul) by December 21, 2000. Responses to the Written Objections shall be served and filed (in St. Paul) by December 27, 2000. Copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court.

Dated: November 1, 2000

RICHARD H. KYLE
United States District Judge

FILED NOV 02 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Robin M. Steppe | Jonathan Steinberg<br>612-344-1560 |
| | vs CV 99-2020 RHK/JMM<br>JURY | |
| | Tool Products Company<br>etc. | Susan Robiner<br>612-335-1500 |
| 2. | Shane Peterson | Stephen Watters<br>Robert Jaskowiak<br>612-340-7951 |
| | vs CV 99-1233 RHK/JMM<br>JURY | |
| | Burlington Northern and Santa Fe<br>Railway Company | Julius Gernes<br>651-223-8000 |
| 3. | Thomas Trevis | Thomas Lyons Jr.<br>651-770-9707<br><br>Peter Barry<br>651-714-8800 |
| | vs CV 00-975 RHK/JMM<br>COURT | |
| | Ralph J. Overholt | Timothy Thornton<br>Kristin Sankovitz<br>612-334-8400 |