**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Thomas Trevis,

Plaintiff,

vs. Cv 00-975 RHK/JMM

RALPH J. OVERHOLT,
ETAL

Defendant.

## NOTICE OF MOTION HEARING

The Motion to Dismiss has been re-scheduled to Thursday, November 30, 2000 at 10:30 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

November 21, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED 11-21-00
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK