# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Thomas Trevis

Case No. Civil 00-975RHK/JMM

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Ralph J. Overholt

Defendant

v.

Springer, Inc., d/b/a Springer Collections,

Third Party Defendant

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant Ralph J. Overholt's motion to dismiss is GRANTED and the complaint is DISMISSED WITH PREJUDICE.

DATE: December 8, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk