/

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**FOURTH DIVISION - MINNEAPOLIS**

Thomas Trevis
Plaintiff(s)

-v- **Civil** # 00-975 RHK/JMM

Ralph J. Overholt
Defendant(s)

**COST JUDGMENT**

The costs of the Defendant have been taxed and allowed by the Clerk of this Court against the **Plaintiff** as follows:

| | | Claimed | | Allowed |
|---|---|---|---|---|
| Fees for copies | $ | 204.12 | $ | 204.12 |
| Other costs | | 1,204.92 | | - 0 - |
| TOTAL: | $ | 1,409.04 | $ | 204.12 |

Costs, therefore, are taxed in the sum of Two Hundred and Four Dollars and 12/100 ($204.12) in favor of the Defendant and against the **Plaintiff** and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of February 15, 2001.

FRANCIS E. DOSAL, CLERK

By Celeste M. Shahidi
Celeste M. Shahidi
Deputy In Charge

cc: all counsel

FILED FEB 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK